FILED
MAILROOM
NOV 8 2021
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Judicial notice \ Judicial bypass

Criminal complainT

william "Billy" woolf III violated local and federal laws while working on Justin D Strom's criminal case and while working for the fairfax county sex crimes unit. woolf's abuse of power was a part of a conspiracy to deny Strom and others there constitutional rights to due process and a fair hearing while woolf was being paid to uphold the laws of the united states and the constitutions. Woolf's actions are of public concern. william "Billy" woolf III worked on the fairfax county police force for 28 years and 8 months.
woolf was forced out of the force and made to retire early shy of 30 years.
woolf's malfeasance and inappropriate actions with co-workers and sex trafficking victims caused him to lose his Job.
(M.W) Mckenzie wilson a female labeled by woolf as a victim in Stroms case. Stated to her therapist that wilson and woolf had an inappropriate relationship. wilson confided in her therapist that wilson had sex with woolf. wilson's therapist phoned woolf while wilson listened. The call was placed on speaker the therapist and woolf argued about woolf's sexual misconduct. SGT. Donald Cooke of the fairfax county Police Department was questioned about woolf's early retirement and his response was "I cant get into details about that right now." Furthermore, during an interview a private investigator conducted with mckinzie wilson miss wilson stated. "yes, I had sexual relations with Detective WoolF." woolf Also provied false information in Strom's case.
Im respectfully asking that there be a hearing held by a grand Jury on this matter.
woolf committed criminal acts and should be held accountable for those Acts.